## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JOSEPH HEID,**

      Plaintiff,

CASE NO: 6:20-CV-727

Vs

**ORANGE COUNTY SHERIFF'S DEPARTMENT;
JOHN W. MINA, SHERIFF
MARK RUTKOSKI; and,
FORREST BEST.**

      Defendant(s).
_____/

## NOTICE OF APPEAL

NOW COMES the Plaintiff, Joseph W. Heid, pursuant to the Federal Rules of Appellate Procedure, and hereby respectfully files this Notice of Appeal to the U.S. Court of Appeals for the Eleventh Circuit.

1.      The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Roderick O. Ford, Esq.
Attorney For Joseph W. Heid
FBN: 0072620
Attorney For Appellant
The P.M.J.A. Legal Defense Fund, Inc.
C/o The Methodist Law Centre
400 N. Ashley Street
Suite 1900
Tampa, Florida 33602

2.       The Order being appealed the **"Order Dismissing Case"** (Doc. # 21). This Order was docketed on October 20, 2020 in the U.S District Court

3.       This appeal is to the U.S. Court of Appeals, Eleventh Circuit.

4.       Certification: the appeal is not frivolous. The U.S. District Court abused its discretion in dismissing this lawsuit. See, e.g., *Preiser v. Rodriguez*, 411 U.S. 475 (1973); *Wolff v. McDonald*, 418 U.S. 539 (1974). It is clear that Plaintiff Heid's § 1983 lawsuit did   not seek to:

        A.       Collaterally attack his state court convictions;

        B.       Overturn his state court convictions;

        C.       Disprove his state court convictions;

        D.       Interpose injunctive relief that would result in his release from the state prison; or,

        E.       "[C]all into question the lawfulness of the plaintiff's continuing confinement." See, e.g., *Heck v Humprhey*, 512 U.S. 477 (1994).

        RESPECTFULLY SUBMITTED:

        **/s/ Roderick O. Ford**
        Roderick O. Ford, Esq.
        FBN: 0072620
        The P.M.J.A. Legal Defense Fund, Inc.
        C/o The Methodist Law Centre
        400 N. Ashley Street
        Suite 1900
        Tampa, Florida 33602

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF on November 5, 2020 upon: U.S. District Court, Middle District of Florida (Orlando Division).

                                            **/s/ Roderick O. Ford**
                                              Roderick O. Ford, Esq.